**Opinion issued December 17, 2020**



In The

# Court of Appeals

For The

# First District of Texas

————————————

### NO. 01-20-00509-CV

————————————

## IN RE FREDERICK H. SCHRADER AND CONSTELLATION BRANDS, INC., Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relators, Frederick H. Schrader and Constellation Brands, Inc., have filed a petition for a writ of mandamus challenging two trial court orders: a March 18, 2020 order denying Schrader's "Motion to Disqualify John W. Newton III and Roach Newton LLP" and a June 29, 2020 order denying Constellation Brands, Inc.'s "Motion for Protection Regarding Apex Deposition of Constellation CEO & President Bill Newlands."

We deny relators' petition for writ of mandamus.[1]  All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Hightower, and Countiss.

---

[1]     The underlying case is *Robert M. (Randy) Roach, Jr. v. Frederick H. Schrader and Constellation Brands, Inc.*, Cause No. 2018-59845, in the 189th District Court of Harris County, Texas, the Honorable Scot "Dolli" Dollinger presiding.